

FILED \_\_\_\_\_ RECEIVED
\_\_\_\_\_ ENTERED \_\_\_\_\_ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 14 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-180-JCM-(PAL) |
| EDWARD WILLIAM KNOTTS, III, | ) |
| Defendant. | ) |

### ORDER OF FORFEITURE

This Court found on July 10, 2013, that EDWARD WILLIAM KNOTTS, III shall pay a criminal forfeiture money judgment of $91,500.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 21, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Order of Forfeiture, ECF No. 17.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from EDWARD WILLIAM KNOTTS, III a criminal forfeiture money judgment in the amount of $91,500.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 21, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 14th day of ~~October~~ Nov., 2013.

_____
UNITED STATES DISTRICT JUDGE